**2006–1714.   In re A.T.**
Summit App. No. 23065, 2006-Ohio-3919. Reported at 111 Ohio St.3d 1472, 2006-Ohio-5625, 855 N.E.2d 1260. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*January 2, 2007*

[Cite as *01/02/2007 Case Announcements,* 2007-Ohio-3.]

## MISCELLANEOUS ORDERS

In re Extension of Filing Deadline                    :                    ORDER

It appearing to the court that, in observance of a national day of mourning, the United States Postal Service will not be delivering mail today,

It is ordered by the court, sua sponte, that documents due to be filed in the Supreme Court by the deadline of January 2, 2007, may be accepted for filing on Wednesday, January 3, 2007.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*January 4, 2007*

[Cite as *01/04/2007 Case Announcements,* 2007-Ohio-4.]

## MOTION AND PROCEDURAL RULINGS

**2006–2359.   Perotti v. Stine.**
Cuyahoga App. No. 88732, 2006-Ohio-6464. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Cuyahoga County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2005–2090.   State ex rel. Berman Industries, Inc. v. Indus. Comm.**
Franklin App. No. 04AP–1254, 2005-Ohio-5083. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–1426.   State ex rel. Kill v. Indus. Comm.**
Franklin App. No. 05AP–934. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–1556.   State ex rel. Gager v. Indus. Comm.**
Franklin App. No. 05AP–945, 2006-Ohio-3811. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,